# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**–Southern Division–**

| | | |
|---|---|---|
| JOHN SIKKING, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>VANGUARD PARKING SOLUTIONS, INC., *et al.*<br><br>Defendants. | : | Case No. 26-cv-02159-PX |

**AFFIDAVIT OF NAMED PLAINTIFF JOHN SIKKING IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT VANGUARD PARKING SOLUTIONS, INC.'S MOTION TO COMPEL ARBITRATION**

I, John Sikking, am over the age of eighteen and competent to testify, and state as follows:

1) I am one of the Named Plaintiff's in the above-captioned matter.

2) The parking garage located at 6831 Wisconsin Ave., Chevy Chase, MD 20815 ("6831 Wisconsin") is a three-level parking structure located near several shops that holds itself as open to the public for parking. There is no rising arm gate to enter into 6831 Wisconsin or other barrier to enter the garage or attendant to talk to. Instead, there are signs indicating that the premises is under video surveillance, that persons may park up to two hours free of charge, and that and that parking beyond two hours will leave a visitor subject to towing. There is additional signage, approximately two feet by three feet, containing fine print that a driver entering the garage would need to stop and exit their vehicle to read.

3) The photograph below is a fair and accurate depiction of signage outside of 6831 Wisconsin to the best of my recollection in the early 2025 timeframe:




4) The top sign (the "6831 Wisconsin Vanguard Sign") appears as follows:


PARKING CONTRACT - PRIVATE PROPERTY
IF YOU DO NOT CONSENT TO THIS CONTRACT, EXIT NOW.
By parking here, you agree to the terms of this Contract with Vanguard Parking Solutions, Inc. ("Vanguard"). If you don't own the car you are parking, you are also agreeing to the contract on behalf of the owner of the vehicle you park.
IMPORTANT:
• VANGUARD RECORDS ACTIVITY AT THIS PARKING FACILITY 24/7 using video recording equipment.
KEY TERMS of this Contract:
• YOU MUST PAY the hourly parking fees ("Hourly Fees") in full within 15 MINUTES after entering. If you leave within this time, no Hourly Fees apply.
• You agree that VANGUARD may obtain personal information as defined in the Driver's Privacy Protection Act, 18 U.S.C. § 2721 (the "DPPA"), including but not limited to the vehicle owner's name, phone number, physical and email addresses, license plate number, and the vehicle make and model, in order to identify the owner of that vehicle.
• Failure to pay all the Hourly Fees due will result in a PARKING PAYMENT NOTICE that will include additional charges and processing charges (collectively, "Parking Charges").
• In some states, failure to pay in full may also result in your vehicle being towed, booted, or immobilized.
• HOURLY FEES AND PARKING CHARGES ARE NON-REFUNDABLE.
• DISPUTES: If you believe a charge was issued in error, you have 30 days to dispute it.
You can initiate a dispute through the contact form at www.PayParkingNotice.com or by calling (954) 228-3280 and speaking with an agent.
• ARBITRATION: Unresolved disputes shall be resolved through binding arbitration.
• WAIVER: Vanguard and you waive their rights to jury trial and you agree that you may not bring a claim as part of a class action.
Full contract available here
and at www.PayParkingNotice.com/parkingcontract or by scanning QR code.
ACTIVITY IN THIS PARKING LOT OR GARAGE (THE "FACILITY") IS RECORDED BY VANGUARD PARKING SOLUTIONS, INC. ("VANGUARD") 24 hours per day, every day. Vanguard uses this video surveillance system to track the time you enter and leave the Facility, and to record pictures of the Facility and of your vehicle and license plate. Vanguard does not monitor the video 24/7 and the system is not designed or used for facility security.
By this Contract, the owner of the Facility ("Owner") and Vanguard hereby grant you a license to park in a designated vehicle space in this Facility, as long as you do so in compliance with the posted rules and rates, including timely payment of all of the Hourly Fees. THE HOURLY FEES AND THE METHODS OF PAYMENT ARE SET FORTH ON A SEPARATE SIGN POSTED IN THIS FACILITY.
By parking in this Facility, you agree – on behalf of yourself and, if you are not the owner of the vehicle you are parking, on behalf of that owner - to the terms and conditions of this Parking Contract (the "Contract") and to pay the regular hourly parking fee, including taxes and any municipal and county surcharges (collectively, "Hourly Fees") WITHIN 15 MINUTES AFTER ENTERING THE FACILITY. If you do not want to be bound by this Contract, you must exit this Facility within 15 minutes of entering. No Hourly Fees will apply if you exit this Facility within 15 minutes of entering it.
• THE HOURLY FEES are charged 24 hours per day, 365 days a year and are NON-REFUNDABLE, regardless of whether the time paid for is fully utilized.
• If you fail to pay the Hourly Fees within 15 minutes of entering this Facility, or if you pay less than the amount you owe for the time you are parked, you will be in breach of this Contract and will incur PROCESSING FEES OR CHARGES, SURCHARGES AND LATE FEES IMPOSED BY VANGUARD OR THE OWNER OF THE FACILITY (THE "PARKING CHARGES"). Parking Charges may total up to $125 per parking incident.
BY PARKING A VEHICLE IN THIS FACILITY, YOU ALSO CONSENT TO VANGUARD'S OBTAINING, SOLELY FOR BILLING AND COLLECTION PURPOSES, RECORDS CONTAINING PERSONAL INFORMATION AS DEFINED IN THE DRIVER'S PRIVACY PROTECTION ACT, 18 U.S. Code § 2721 (THE "DPPA"), including but not limited to the vehicle owner's name, address, license plate number, and vehicle make and model, IN ORDER TO IDENTIFY THE OWNER OF THAT VEHICLE AND TO SEND THAT PERSON NOTICES, INVOICES, AND OTHER DOCUMENTATION RELEVANT TO AMOUNTS OWED FOR HOURLY FEES AND PARKING CHARGES BECAUSE THE VEHICLE WAS PARKED IN THIS FACILITY WITHOUT FULL PAYMENT. VANGUARD WILL NOT USE SUCH INFORMATION FOR ANY PURPOSE OTHER THAN COLLECTING HOURLY FEES AND PARKING CHARGES. Vanguard will not sell, offer to sell, or transfer to another person for sale any personal information obtained about the owner of a vehicle using the Facility.
YOU AGREE THAT YOU WAIVE ANY CLAIM YOU MIGHT OTHERWISE HAVE AGAINST VANGUARD OR THE OWNER OF THIS FACILITY IN CONNECTION WITH THE ACQUISITION AND USE OF SUCH PERSONAL INFORMATION, INCLUDING WITHOUT LIMITATION CLAIMS UNDER THE DPPA AND ANY APPLICABLE STATE LAW.
If you have not timely and fully paid the Hourly Fees, Vanguard will either place a PARKING PAYMENT NOTICE ("Notice") on your vehicle while it is parked in the Facility or send you a Notice by mail. The Notice will include an invoice setting forth the amount you owe, including all applicable Parking Charges, the due date and any grace period for payment.
Failure to pay the Parking Charges may result in the matter being referred to collections or for legal action. Additionally, if a Notice remains unpaid after its Due Date and you later park your vehicle in a different parking facility monitored by Vanguard, Vanguard may have the right under state law to tow, immobilize, and/or boot your vehicle. Vanguard may also have the right to collect the current balance of the total amounts you owe for parking at all Vanguard-monitored facilities before releasing the vehicle.
DISPUTES, APPEALS. You may dispute any invoice or Notice that you believe was issued to you in error by submitting a notice of dispute to Vanguard before the Due Date set forth in the Notice. To submit a dispute, you may call us at 954-228-3280, send us an e-mail at disputes@vanguardparking.co, or follow the steps for filing a dispute on our website at https://payparkingnotice.com/pay. Vanguard will inform you of its decision regarding this dispute within 5 business days after hearing from you. If you do not agree with Vanguard's decision regarding your objection, you may then appeal it by initiating, within 10 days after your receipt of Vanguard's decision, arbitration in Palm Beach County, Florida, or the county and state where the Parking Facility is located, in accordance with the CONSUMER ARBITRATION RULES ("CAR") of the American Arbitration Association ("AAA"), (WHICH ARE AVAILABLE AT WWW.ADR.ORG).
EXCEPT AS OTHERWISE REQUIRED BY APPLICABLE STATE LAW, ANY AND ALL DISPUTES, CLAIMS OR CONTROVERSIES BETWEEN YOU AND VANGUARD ARISING FROM YOUR PARKING AT THE FACILITY OR UNDER THIS CONTRACT, WHICH ARE NOT AMICABLY RESOLVED, SHALL BE SETTLED THROUGH BINDING ARBITRATION ADMINISTERED BY THE AAA UNDER ITS CAR. THE SUBSTANTIVE LAW OF ANY ARBITRATION SHALL BE THE LAWS OF THE STATE IN WHICH THE FACILITY IS LOCATED. THE FEDERAL ARBITRATION ACT AND FEDERAL ARBITRATION LAW ALSO APPLY TO THIS CONTRACT.
BY ENTERING INTO THIS CONTRACT, YOU AND VANGUARD ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION. YOU AGREE THAT ALL CLAIMS MUST BE BROUGHT IN A PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, AND, UNLESS VANGUARD AGREES OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. AN ARBITRATOR CAN AWARD ON AN INDIVIDUAL BASIS THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING INJUNCTIVE AND DECLARATORY RELIEF OR STATUTORY DAMAGES) AND MUST FOLLOW THIS CONTRACT AND THE LAW AS A COURT WOULD.
THE ABOVE ARBITRATION PROVISION SHALL SURVIVE THE TERMINATION OR EXPIRATION OF THIS CONTRACT.
VANGUARD MAY ASSIGN THIS CONTRACT WITHOUT YOUR APPROVAL.
THE NOTICE AND INVOICE ARE PRIVATELY ISSUED. THEY ARE NOT ISSUED BY A GOVERNMENTAL AUTHORITY OR AGENCY AND ARE NOT SUBJECT TO CRIMINAL PENALTIES.
Vanguard

5) To the best of my recollection, in the early 2025 timeframe, other signage within 6831 Wisconsin provided a parking rate of "free" for up to two hours and $10.50 "max" and provides QR codes to various apps to enter payment information. The photographs below are fair and accurate pictures of those signs that were in place within 6831 Wisconsin as of the early 2025 timeframe to the best of my recollection:






6) Those last two signs were the only signs I recall seeing at all - I never saw the 6831 Wisconsin Vanguard Sign (I only saw that later when I returned to 6831 Wisconsin after getting the Parking Notices to investigate what had happened).

7) Someone driving into 6831 Wisconsin would have to stop and exit their vehicle in order to approach and be able to read any of the terms on the 6831 Wisconsin Vanguard Sign – the print is far too small to make out from within a vehicle.

8) On February 11, 2025, I entered the 6831 Wisconsin at 6:49 AM and exited at 7:33 AM. The Parking Payment Notice attached hereto as Exhibit 1 is a fair and accurate reproduction of the Parking Payment Notice I later received from Defendant Vanguard regarding my parking that morning.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Dated: August 7, 2026

John Sikking

Exhibit 1

Vanguard Parking Solutions Inc
3389 Sheridan St. Box #328
Hollywood, FL 33021

PO 2/19/25

| NAME | | AMOUNT DUE |
|---|---|---|
| JOHN FX SIKKING | | $58.30 |
| NOTICE NUMBER 3352198 | DATE ISSUED 2/11/2025 | DUE DATE 2/26/2025 |
| PLATE NUMBER [redacted] | STATE MD | TYPE NON-PAYMENT |

MONEY ORDER OR BANK CHECK MADE OUT TO
VANGUARD PARKING SOLUTIONS INC

MAIL TO THIS ADDRESS
3389 SHERIDAN ST.
HOLLYWOOD, FL 33021 BOX #328

JOHN FX SIKKING
5312 Goldsboro Rd
Bethesda, MD 20817-6313

Vanguard Parking Solutions Inc
3389 Sheridan St. Box #328
Hollywood, FL 33021

IF PAYING VIA MAIL DETACH HERE AND INCLUDE THE ABOVE WITH YOUR REMITTANCE

Vanguard Parking Solutions

| | |
|---|---|
| NOTICE NUMBER: 3352198 | |
| LICENSE PLATE: [redacted] | |
| VIOLATION DATE: 2/11/2025 | |
| AMOUNT DUE: $58.30 | NOTICE DATE: 2/11/2025 |

PAY CHARGE

121

# PARKING PAYMENT NOTICE

**This is a parking payment notice for failure to pay for parking at 6831 Wisconsin Avenue Bethesda Maryland 20815. By parking at the parking facility, you have agreed to the Parking Agreement and the terms and conditions clearly displayed at the parking facility. You have an outstanding balance of $85.00, this amount is due 15 days from the parking payment notice date. If you pay within 15 days of the parking payment notice date, you get a discounted Parking Charge in the amount of $55.00, plus any applicable state sales tax and/or parking surcharges. If you failed to pay within the 15 days, then you are responsible to pay the full amount of the Parking Charge up to a maximum amount of $125.**

To contact us regarding this Parking Charge, you must visit payparkingnotice.com or call (954) 228-3280.

**PAYMENT BY CREDIT CARD OR DEBIT CARD IS MADE AVAILABLE ONLINE AT PAYPARKINGNOTICE.COM, OR MAIL A MONEY ORDER OR BANK CHECK MADE OUT TO VANGUARD PARKING SOLUTIONS INC. AND SENT TO 3389 SHERIDAN ST. HOLLYWOOD, FL 33021 BOX #328.**

IF YOU HAVE ANY QUESTIONS PLEASE CONTACT US BY PHONE AT (954) 228-3280 OR VISIT OUR WEBSITE PAYPARKINGNOTICE.COM

ENTRY 2/11/2025 6:49 AM





EXIT 2/11/2025 7:33 AM





**THIS NOTICE IS PRIVATELY ISSUED. IT IS NOT ISSUED BY A GOVERNMENTAL AUTHORITY AND IS NOT SUBJECT TO CRIMINAL PENALTIES. VANGUARD PARKING SOLUTIONS IS NOT A DEBT COLLECTION AGENCY. HOWEVER, FAILURE TO MAKE THE PAYMENT MAY RESULT IN REFERRAL TO COLLECTIONS, ARBITRATION, OR FURTHER LEGAL ACTION.**

**IF YOU HAVE ALREADY SENT PAYMENT FOR THIS NOTICE, PLEASE DISREGARD.**

VANG/PCN/ACC196149685/121/0000121