# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**–Southern Division–**

| | | |
|---|---|---|
| JOHN SIKKING, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>VANGUARD PARKING SOLUTIONS, INC., *et al.*<br><br>Defendants. | : | Case No. 26-cv-02159-PX |

**AFFIDAVIT OF NAMED PLAINTIFF ROBYN JETER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT VANGUARD PARKING SOLUTIONS, INC.'S MOTION TO COMPEL ARBITRATION**

I, Robyn Jeter, am over the age of eighteen and competent to testify, and state as follows:

1) I am one of the Named Plaintiff's in the above-captioned matter.

2) The parking garage located at 275 West St. Annapolis, MD 21401 ("275 West St.") has no rising arm gate to enter or other barrier to enter the garage or attendant to talk to. The signage for 275 West St. is confusing and haphazard.

3) The photograph below is a fair and accurate depiction of signage outside of 275 West St. to the best of my recollection in the early 2025 timeframe:




4) The sign in the lower right corner (the "275 West St. Vanguard Sign") appears as follows:




5) To the best of my recollection, as of early 2025, the 275 West St. Vanguard Sign was the only location at 275 West St. where there is any reference to Defendant

Vanguard, and there was no additional signage containing any of that language anywhere at 275 West St.

6) Other signage which can be seen in the broader picture above states in much larger font that the parking rates are $5.70 for up to two hours and $7.70 for up to 11:59 pm, and provides QR codes to various apps to enter payment information. Those other signs do not reference the 275 West St. Vanguard Sign or Defendant Vanguard at all, any purported parking contract, or provide the amount or terms of any fees or fines for overstaying without paying.

7) There was additional signage stating that unauthorized vehicles will be towed at the owner's expense.

8) I never saw the 275 West St. Vanguard Sign, nor had an opportunity to read it. Someone driving into 275 West St. would have to stop and exit their vehicle in order to approach and be able to read any of the terms on the 275 West St. Vanguard Sign – the print is far too small to make out from within a vehicle.

9) Moreover, the 275 West St. Vanguard Sign is located in an area labeled "no pedestrians."

10) I parked at 275 West St. on Saturday, June 7, 2025 for approximately two hours. The Parking Payment Notice attached hereto as Exhibit 1 is a fair and accurate reproduction of the Parking Payment Notice I later received from Defendant Vanguard regarding my parking that day.

[Signature Follows]

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Dated: August 10, 2026

Robyn Jeter
_______________________
Robyn Jeter

Exhibit 1

1st Notice

Vanguard Parking Solutions Inc
3389 Sheridan St. Box #328
Hollywood, FL 33021

| NAME | | AMOUNT DUE |
|---|---|---|
| JETER WILLIAMS, ROBIN MICHELLE | | $58.30 |
| NOTICE NUMBER<br>61087 | DATE ISSUED<br>06/10/2025 | DUE DATE<br>06/25/2025 |
| PLATE NUMBER<br>[redacted] | STATE<br>MD | TYPE<br>NON-PAYMENT |

MONEY ORDER OR BANK CHECK MADE OUT TO VANGUARD PARKING SOLUTIONSINC

MAIL TO THE ADDRESS 3389 SHERIDAN ST. HOLLYWOOD, FL 33021 BOX #328

JETER WILLIAMS, ROBIN MICHELLE
4040 Windsor Heights Pl
White Plains, MD 20695-3440

Vanguard Parking Solutions Inc
3389 Sheridan St. Box #328
Hollywood, FL 33021

IF PAYING VIA MAIL DETACH HERE AND INCLUDE THE ABOVE WITH YOUR REMITTANCE

Vanguard Parking Solutions

| | |
|---|---|
| OTICE NUMBER: 61087 | |
| CENSE PLATE: [redacted] | |
| OLATION DATE: 06/07/2025 | |
| OUNT DUE: $58.30 | NOTICE DATE: 06/10/2025 |

PAY CHARGE

# PARKING PAYMENT NOTICE

is a parking payment notice for failure to pay for parking at 275 West Street, Annapolis MD, 21401. By parking at parking facility, you have agreed to the Parking Agreement and the terms and conditions clearly displayed at the ing facility. You have an outstanding balance of $85.00, this amount is due 15 days from the parking payment ce date. If you pay within 15 days of the parking payment notice date, you get a discounted Parking Charge in the unt of $55.00, plus any applicable state sales tax and/or parking surcharges. If you failed to pay within the 15 , then you are responsible to pay the full amount of the Parking Charge up to a maximum amount of $125.

ontact us regarding this Parking Charge, you must visit payparkingnotice.com or call (954) 228-3280.

NT BY CREDIT CARD OR DEBIT S MADE AVAILABLE ONLINE AT RKINGNOTICE.COM, OR MAIL A ORDER OR BANK CHECK UT TO VANGUARD PARKING ONS INC. AND SENT TO 3389 AN ST. HOLLYWOOD, FL 33021 8.

AVE ANY QUESTIONS PLEASE US BY PHONE AT (954) OR VISIT OUR WEBSITE NGNOTICE.COM

ENTRY 06/07/25 11:56 AM



EXIT 06/07/25 1:58 PM



NOTICE IS PRIVATELY ISSUED. IT IS NOT ISSUED BY A GOVERNMENTAL AUTHORITY NOT SUBJECT TO CRIMINAL PENALTIES. VANGUARD PARKING SOLUTIONS IS NOT A COLLECTION AGENCY. HOWEVER, FAILURE TO MAKE THE PAYMENT MAY RESULT IN REFERRAL TO COLLECTIONS, ARBITRATION, OR FURTHER LEGAL ACTION.

IF YOU HAVE ALREADY SENT PAYMENT FOR THIS NOTICE, PLEASE DISREGARD.

C479734062/82/0000087